[No. 48962-3-I. Division One. May 28, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. E.V.D., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-8-02799-1, Julie Spector, J., entered July 19, 2001. *Affirmed* by unpublished per curiam opinion.

[No. 49141-5-I. Division One. May 28, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMAAL B., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-8-02873-3, Nicole MacInnes, J., entered August 27, 2001. *Affirmed* by unpublished per curiam opinion.

[No. 49153-9-I. Division One. May 28, 2002.]

CARA R. WILSON, *Respondent*, v. TERRANCE WILLIAMS, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 00-2-20358-6, Glenna Hall, J., entered July 26, 2001. *Affirmed* by unpublished per curiam opinion.

[No. 20273-9-III. Division Three. May 30, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN J. WEITZ, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 01-1-00063-3, Richard J. Schroeder, J., entered May 17, 2001. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Brown, C.J., and Kato, J.